583 A.2d 323

STATE OF NEW JERSEY v. ANTONIO TOTTEN.

February 14, 1990.

Petition for certification denied.

583 A.2d 323

STATE OF NEW JERSEY v. DAVID L. MENDEZ.

February 14, 1990.

Petition for certification denied.

583 A.2d 323

STATE OF NEW JERSEY v. EDWARD H. SPENCER.

February 14, 1990.

Petition for certification denied.

583 A.2d 323

STATE OF NEW JERSEY v. RICHARD E. DAVIS.

February 20, 1990.

Petition for certification denied.